UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES KNOWLES, | ) | CASE NO. 4:09CV2540 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| MICHAEL J. ASTRUE, | ) | AND ORDER |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's applications for a supplemental security income in the above-captioned case.  Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge Nancy Vecchiarelli for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation (Doc. 19) recommending that the Court AFFIRM the Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  No objections have been filed within the 14-day period.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's decision is AFFIRMED. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.


Dated: May 19, 2011    /s/ John R. Adams_____
                       UNITED STATES DISTRICT JUDGE